UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SUPER FUTURE EQUITIES, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| WELLS FARGO BANK MINNESOTA, | § | |
| N.A., *as Trustee of the Certificate Holders* | § | CIVIL ACTION NO. 3: 06-CV-0271-B |
| *of Merrill Lynch Mortgage Investors* | § | |
| *CMBS Pass Through Certificates Series* | § | |
| *1999-C1*, ORIX CAPITAL MARKETS, | § | |
| LLC, ORIX CAPITAL MARKETS | § | |
| PARTNERSHIP, JOHN DINAN, | § | |
| MICHAEL WURST, CLIFFORD | § | |
| WEINER, and JAMES R. THOMPSON, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On August 8, 2008, the Court held a telephone conference to deliver its findings regarding the July 23, 2008 spoliation hearing. The Court has conducted a *de novo* review of those portions of the Findings of Fact and Conclusions of Law to which objections have been made. For the reasons stated on the record, it is **ORDERED** that Objection Numbers 10-11, 14, and 16-21 (doc. 535) are overruled and that Judge Stickney's Findings of Fact and Conclusions of Law (doc. 529) are adopted.

SO ORDERED.

SIGNED August 8, 2008

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE

1