3:06-cv-271-B

Orix v SFE



Note # 2

About Page from March 30, 2006    2/6/09
Article cannot be located.