## VERDICT OF THE JURY

We, the jury, have answered the foregoing special issues in the manner indicated in this verdict form, and returned these answers into Court as our verdict.

Date 2/6/09

*Dominique H. Gonzales*
FOREPERSON

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB - 6 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy