

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 2 2009

CLERK, U.S. DISTRICT COURT
By
Deputy

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ORIX CAPITAL MARKETS, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. No. 3-06-CV-0271B |
| | § | *****ECF***** |
| SUPER FUTURE EQUITIES, INC., | § | |
| *et al.,* | § | |
| | § | |
| *Defendants.* | § | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Upon agreement of the parties to entry of this order, the Court hereby orders that this action; all of Plaintiff ORIX Capital Markets LLC's claims in this action; and all of Defendants Super Future Equities, Inc., Schumann Rafizadeh, Houman Thomas Arjmandi ("Thomas Arjmandi"), Keon Michael Arjmandi ("Keon Arjmandi"), and Cyrus Rafizadeh's claims in this action are **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that each party shall bear its own attorneys' fees and costs.

SIGNED this 12th day of F E B , 2009.

United States District Court Judge Jane J. Boyle

**AGREED AND APPROVED:**

_/s/  Richard A. Smith_
Michael P. Lynn, P.C.
  Texas State Bar No. 12738500
Richard A. Smith
  Texas State Bar No. 24027990
**LYNN TILLOTSON PINKER & COX, LLP**
750 N. St. Paul Street, Suite 1400
Dallas, Texas  75201
(214) 981-3800 Telephone
(214) 981-3839 Facsimile

*Counsel for Plaintiff*
*ORIX Capital Markets, LLC*

DATE:  February 6, 2009

**AGREED AND APPROVED:**

*/s/ Tim Gavin*
Tim Gavin
  Texas State Bar No. 07769800
Chuck Blanchard
  Texas State Bar No. 24012296
**CARRINGTON, COLEMAN, SLOMAN**
  **& BLUMENTHAL, L.L.P.**
901 Main, Suite 5500
Dallas, Texas  75202
(214) 855-3000
(214) 855-1333 (Fax)

Jon P. Bohn
  Texas State Bar No. 02964900
**BOHN AND DUCLOUX**
806 Main, Suite 1411
Houston, Texas  77002
(713) 522-2392
(713) 522-9015 (Fax)

Jeffrey W. Glass
2401 Fountainview, Suite 1000
Houston, Texas 77057
(713) 789-7700
(713) 789-7703 (Fax)

*Attorneys for the Defendants Schumann Rafizadeh, Cyrus Rafizadeh, Super Future Equities, Inc., Thomas Arjmandi, and Keon Arjmandi*

DATE:  February 6, 2009